# GEORGIA BUREAU OF INVESTIGATION
## ASSISTANCE RENDERED REPORT

**AGENT:** ABERCROMBIE, JAMIE    JA    **CASE NUMBER:** 08-0246-26-18

**DATE OPENED:** 12/22/2017    **COUNTY:** UNION

**TYPE OF ACTIVITY:** ASSISTANCE RENDERED

**SUPERVISOR'S INITIALS:** _(signature)_    **DATE:** 03/14/2018    **HOURS:** 2

**NARRATIVE:**

On December 22, 2017, SA JAMIE ABERCROMBIE was contacted by the Union County Sheriff's Office and requested to assist with information pertaining to the death of Inmate CALEB MITCHELL at Valdosta State Prison. MITCHELL was previously located in his cell at Valdosta State Prison deceased and preliminary findings determined his cause of death was suicide. However, once his body was transported to the funeral home in Blairsville, Georgia, there were concerns due to the state of his body and bruising located about his face. It should be noted Inmate MITCHELL was allegedly in solitary confinement at the time of his death.

SA ABERCROMBIE then contacted Georgia Department of Corrections SAC JUNE COLLINS and learned essentially the following.

COLLINS stated MITCHELL hung himself while he was an Inmate at Valdosta State Prison. MITCHELL was in confinement and was currently in a program for problem Inmates. MITCHELL had been placed into the program because of his behavior with other Inmates. Prior to his death MITCHELL was in solitary confinement in a single cell by himself. MITCHELL stated to a prison guard he was going to kill himself and the guard went to get help. When the guard returned, MITCHELL was hanging. By the time prison guards were able to access MITCHELL, he was deceased. As MITCHELL'S body was being moved, his body fell off of the gurney two separate times. When MITCHELL'S body fell off of the gurney his face hit the ground and he received a cut on his face. SAC COLLINS advised an autopsy had been requested and preliminary findings determined the cause of death was hanging and the manner of death was suicide.

SA ABERCROMBIE reported this information to the Union County Sheriff's Office.

Nothing further.

SA JAMIE ABERCROMBIE: 02-07-2018

PROPERTY OF GBI
Further dissemination is prohibited without written approval of a GBI Supervisor

08-0246-26-18

Mar: 02-09-2018

**ID DATA:**

**MITCHELL, CALEB COURET**  (INMATE)
DOB: ▬▬/1992;
DLN: GA ▬▬▬▬
COUNTRY: UNITED STATES
EMPLOYER:
VALDOSTA STATE PRISON

PROPERTY OF GBI
Further dissemination is prohibited
without written approval of a GBI Supervisor