# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| SHEBA MAREE, surviving parent of Deceased Caleb Mitchell, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :    CASE NO.: 7:19-CV-00046 (WLS) |
| | : |
| Corrections Officer JAMES LEE ROY IGOU, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

All Plaintiffs and Defendants in this case have filed a Joint Stipulation of Dismissal with Prejudice, stipulating that "all claims asserted or that could have been asserted" in this case be dismissed with prejudice. (Doc. 110.) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this case is **DISMISSED WITH PREJUDICE**. All pending motions (*e.g.*, Doc. 104) are **DENIED AS MOOT**.

**SO ORDERED**, this 7th day of December 2021.

                                         /s/ W. Louis Sands
                                         **W. LOUIS SANDS, SR. JUDGE**
                                         **UNITED STATES DISTRICT COURT**