IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHEBA MAREE, surviving parent of Deceased Caleb Mitchell, et al., | * |
| | * |
| Plaintiffs, | Case No. 7:19-CV-46(WLS) |
| v. | * |
| Corrections Officer JAMES LEE ROY IGOU, et al., | * |
| | * |
| Defendants. | |

# **J U D G M E N T**

Pursuant to this Court's Order dated December 7, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of December, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk